UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.** |
| | : | |
| **v.** | : | |
| | : | |
| **GUSTAVO RUIZ-ESQUIVEL** | : | |
| | : | |

**AFFIDAVIT IN SUPPORT OF
CRIMINAL COMPLAINT AND ARREST WARRANT**

I, Randall Martinez, being duly sworn, depose and state as follows:

**INTRODUCTION AND AGENT BACKGROUND**

1. I am a Deportation Officer with U.S. Immigration and Customs Enforcement (ICE) at Fairfax, Virginia. I have been employed with ICE for more than seven years. I was previously employed as a Border Patrol Agent for U.S. Customs and Border Protection (CBP) since December 2008. I have received specialized training and have conducted numerous investigations related to administrative and criminal violations of the Immigration and Nationality Act and Title 8 of the United States Code. My duties as a Deportation Officer with ICE include investigating administrative and criminal violations of the Immigration and Nationality Act and Title 8 of the United States Code and seeking, when applicable, prosecution and removal of violators.

2. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents, witnesses, and agencies. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant. It does not set forth all my knowledge, or the knowledge of others, about this matter.

3. Based on my training and experience and the facts as set forth in this affidavit, I respectfully submit that there is probable cause to charge GUSTAVO RUIZ-ESQUIVEL

(hereinafter "RUIZ-ESQUIVEL") with being found in the United States after being removed from the United States, in violation of Title 8, United States Code, Section 1326(a).  This affidavit is also submitted in support of an arrest warrant.

4.  This affidavit is also submitted in support of an arrest warrant.

**PROBABLE CAUSE**

5.  On or about December 01, 2018, the Pacific Enforcement Removal Center (PERC) in Laguna Niguel, California, received information from the Metropolitan Police Department, (MPD) located in Washington, DC, that RUIZ-ESQUIVEL, a native and citizen of Mexico, had been arrested in Washington D.C. for Shoplifting and for Failure to Appear, in violation of DC Codes 22 § 3213 and 23 § 703.  An ICE detainer (Form I-247) and Warrant of Removal (Form I-205), were faxed to the U.S. Marshal Service.

6.  On December 14, 2018 your affiant conducted a review of documents from RUIZ-ESQUIVEL's immigration file, maintained by U.S. Citizenship and Immigration Services. The file, also known as an alien file, contained an executed Immigration Service Form I-205, Warrant of Removal/Deportation (Form I-205), bearing the photograph, fingerprint, and signature of RUIZ-ESQUIVEL.  The form revealed that RUIZ-ESQUIVEL was ordered removed and physically deported from the United States on August 31, 2012 via Laredo, Texas.

7.  On January 03, 2019, the following three exhibits of RUIZ-ESQUIVEL's fingerprints were submitted to the FBI Special Processing Center for comparison:

Exhibit A:  Fingerprint card from RUIZ-ESQUIVEL's alien file, taken on August 02, 2012.

Exhibit B:  Fingerprint card from RUIZ-ESQUIVEL's District of Columbia Metropolitan Police Department arrest taken on December 01, 2018.

Exhibit C:  Fingerprint taken on Form I-205, showing RUIZ-ESQUIVEL's removal on August 31, 2012.

On January 03, 2019, the FBI Special Processing Center responded by stating that exhibits A and B were an identical match to RUIZ-ESQUIVEL's FBI Universal Control number. However, resolution quality of Exhibit C is too poor to compare to Exhibits A and B.

8. RUIZ-ESQUIVEL's alien file indicates that he does not have any immigration benefit, document, or status that would allow him to enter, be admitted, pass through, or reside in the United States legally. It further indicates that he has neither sought nor obtained permission from the Attorney General or the Secretary of Homeland Security to re-enter the United States following his formal removal.

## **CONCLUSION**

9. Based on the foregoing, I submit that there is probable cause to believe that on or about December 1, 2018, within the District of Columbia, RUIZ-ESQUIVEL was found in the United States after having been removed therefrom on or about August 31, 2012, without having obtained the express consent of the Attorney General or the Secretary of the Homeland Security, to reapply for admission to the United States.

_____
Randall Martinez
Deportation Officer
U.S. Immigration and Customs Enforcement
U.S. Department of Homeland Security

Sworn to and subscribed before me on the _____ day of January 2019, in the District of Columbia.

_____
THE HONORABLE DEBORAH A. ROBINSON
UNITED STATES MAGISTRATE JUDGE